

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-09-00047-CR
_____

CLARENCE WESLEY HALEY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Sixth Judicial District Court
Lamar County, Texas
Trial Court No. 22883

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

A Lamar County jury found Clarence Wesley Haley guilty of failing to register as a sex offender. *See* TEX. CODE CRIM. PROC. ANN. art. 62.102 (Vernon 2006).[1] The trial court sentenced Haley, as an habitual offender, to forty-five years' imprisonment. *See* TEX. PENAL CODE ANN. §§ 12.32(c)(1), 12.42(c) (Vernon Supp. 2008).

In a companion appeal, cause number 06-09-00046-CR, also before this Court, Haley appeals his second conviction for failing to register as a sex offender. In that case, Haley was also sentenced to forty-five years' imprisonment. The sentences are to run concurrently. In cause number 06-09-00046-CR, Haley raises one additional issue—that the indictment was fundamentally defective.

Because the issues raised in each appeal are otherwise identical, for the reasons stated in our opinion dated this day in *Haley v. State*, cause number 06-09-00046-CR, we reform the judgment of the trial court to reflect the degree of offense to be a third-degree felony.

---

[1]The statute on the judgment listed Section 62.10 of the Texas Code of Criminal Procedure as the statute for the offense. This statute was redesignated as Article 62.102 effective September 1, 2005.

We affirm the judgment, as reformed.


Josh R. Morriss, III
Chief Justice

Date Submitted:	October 8, 2009
Date Decided:	October 16, 2009

Do Not Publish